377 A.2d 997

Great Valley Industries, Inc. v. Warsing, Appellant.

618

Argued June 14, 1977.  William L. McLaughlin, for appellant; David E. Abrahamsen, for appellee.

Judgment affirmed.